UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MAYTEE ZAGODA a/k/a MAYTEE KNEITZ,<br><br>    Plaintiff,<br><br>v.<br><br>JTM CAPITAL MANAGEMENT, LLC and DCC MANAGEMENT GROUP d/b/a RAS and ASSOCIATES,<br><br>    Defendants. | 1:19-cv-03479 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
<u>**AGAINST DCC MANAGEMENT GROUP d/b/a RAS AND ASSOCIATES**</u>

**To the Clerk of the U.S. District Court for the Northern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff MAYTEE ZAGODA a/k/a MAYTEE KNEITZ, requests that the Clerk of this Honorable Court enter the default of Defendant DCC MANAGEMENT GROUP d/b/a RAS and ASSOCIATES, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: June 20, 2019

Respectfully submitted,

<u>s/ Nathan C. Volheim</u>
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on June 20, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DCC MANAGEMENT GROUP d/b/a RAS AND ASSOCIATES, to be served on all parties of record via ECF and by U.S. Certified mail, postage prepaid and fax to:

CCC Management Group d/b/a RAS and Associates
4695 MacArthur Court, 11th Floor
Newport Beach, California 92660
Fax: (714) 984-0175


CCC Management Group d/b/a RAS and Associates
c/o Legalzoom.com, Inc., Registered Agent
101 N. Brand Blvd., 11th Floor
Glendale, California 91203


Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103