IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Maytee Zagoda, | ) |
| | ) |
| Plaintiff, | ) Case No. 19 C 03479 |
| | ) |
| vs. | ) |
| | ) |
| JTM Capital Management, LLC, and | ) Judge Philip G. Reinhard |
| DCC Management Group, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

    On July 29, 2019, Magistrate Judge Johnston entered a report and recommendation [24] that plaintiff's motion [14] for default judgment be granted and that a default judgment be entered against defendant DCC Management Group in the amount of $4,125.32. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [14] for default judgment is granted. Judgment is entered in favor of plaintiff and against defendant DCC Management Group in the sum of $4,125.32 consisting of $500 in statutory damages under 15 U.S.C. § 1692k(a)(2)(A) and $3,625.32 in attorneys' fees and costs under 15 U.S.C. § 1692k(a)(3).

Date: 8/13/2019                        ENTER:

                                                          _____
                                                           United States District Court Judge

                                                                        Electronic Notices. (LC)